COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-324-CV

BYRON LINNEAR AND TEMEIKA LINNEAR,
       APPELLANTS

AS ALL OTHER OCCUPANTS OF 2106 GLEN 

MANOR ROAD, CORINTH, TEXAS 76208
 

V.

U.S. BANK NATIONAL ASSOCIATION,          APPELLEE

AS TRUSTEE FOR CREDIT SUISSE 

FIRST BOSTON MBS2004-ARMT1
 

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants' Motion To Dismiss For Mootness.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal as moot.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
s, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  December 6, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.